IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAREN BANKS and ANTOINE BANKS, <br><br> Plaintiffs, <br><br> v. <br><br> BAC HOME LOANS SERVICING, LP and FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:11-CV-4049-SCJ |

## **O R D E R**

This civil action is before the Court on defendants' motion to dismiss plaintiffs' amended complaint [Doc. No. 11] as filed on November 30, 2011 . Plaintiffs have not responded to or otherwise opposed such motion. Accordingly, since such motion is apparently supported by both law and evidence, and since there is no opposition thereto, see U.S. Dist. Ct. N.D. Ga. Local R. 7.1(B) ("[f]ailure to file a response [to a motion] shall indicate that there is no opposition to the motion"), the Court hereby **GRANTS** defendants' motion to dismiss **AS UNOPPOSED**. This civil action is terminated.

**IT IS SO ORDERED**, this 21st day of December, 2011.

                                                s/Steve C. Jones
                                                STEVE C. JONES
                                                UNITED STATES DISTRICT JUDGE